■ McKOWNVILLE FIRE DISTRICT IN THE TOWN OF GUILDERLAND, Appellant-Respondent, v. 1250 WESTERN CORP., Respondent-Appellant, et al., Defendants.— STALEY, JR., J.

1066

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Staley, Jr., J.